UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

Plaintiff

Civil Action No.
1:12-CV-00249

- against -

**Nancy Hulse**

**DEFAULT JUDGMENT**

Defendant

---

Because Nancy Hulse failed to appear to defend this action after having been served with process, Default Judgment is hereby entered against her.

It is adjudged that the United States of America recover from Nancy Hulse:

| | |
|---|---|
| Principal Balance | $ 8,715.18 |
| Total Interest Accrued | 12,012.89 |
| Total Owed | $ 20,728.07 |

Interest Rate  8.00%

Post-judgment interest pursuant to 28 U.S.C. 1961  (2.21%)

DATED: March 20, 2012

*[signature]*

s/ Melissa Ennis
Melissa Ennis, Deputy Clerk